PLG DAMAGE ATTORNEYS
VINIT R. VENKATEH, ESQ (367857)
2750 SW 145TH AVENUE #509
MIRAMAR, FLORIDA 33027
VV@PLGDAMAGE.COM
ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott Nakatani,<br><br>Plaintiff,<br><br>v.<br><br>PERPAY, INC,<br><br>Defendant. | Case No.: **2:26-cv-01851-DAD-CKD**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Scott Nakatani, by and through their undersigned counsel, hereby dismisses this entire action against Defendant Perpay Inc. with prejudice.

In support of this Notice, Plaintiff states that the Defendant have not yet served an answer or a motion for summary judgment in this action.

Accordingly, this matter may be dismissed without an order of the Court. Each party is to bear their own attorneys' fees and costs.

Dated: July 6, 2026

Respectfully submitted,

PLG Damage Attorneys
*/s/ Vin Venkatesh, Esq.*
Vin Venkatesh, Esq.
Attorneys for Plaintiff